FILED

SEP 3 2019

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-113-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM ANTHONY ROGERS, | |
| Defendant. | |

This order refers Defendant's Unopposed Motion to Change Plea as to Certain Counts (Doc. 24), pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 59(a), Fed. R. Crim. P., to United States Magistrate Judge Timothy J. Cavan for purposes of scheduling and conducting the change of plea hearing as to Counts I and II. Defendant intends to proceed to trial as to Count III on September 30, 2019.

DATED this 3rd day of September, 2019.

SUSAN P. WATTERS
United States District Judge

1