

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM ANTHONY ROGERS,<br><br>Defendant. | CR 18-113-BLG-SPW<br><br><br><br>ORDER |

Pending before the Court is the unopposed motion of the United States of America to dismiss count III of the superseding indictment without prejudice (Doc. 32). For good cause being shown,

**IT IS HEREBY ORDERED** that count III of the superseding indictment in the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the trial in this matter set for Monday, September 30, 2019 at 9:00 a.m. is **VACATED**.

DATED this 23rd day of September, 2019.

SUSAN P. WATTERS
United States District Judge

1